HERMAN ACKMAN et al., Copartners Doing Business under the Name of ACKMAN BROTHERS, Respondents, *v.* DEEMS TAYLOR, as President of American Society of Composers, Authors and Publishers, an Unincorporated Association, Appellant.

Argued June 11, 1946; decided July 23, 1946.

598

*Herbert P. Jacoby, Louis D. Frohlich* and *Arthur H. Schwartz* for appellant.

*Emanuel A. Stern* for respondents.

Order affirmed, with costs. Question certified answered in the affirmative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and FULD, JJ. Taking no part: DYE, J.